UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| J&R Quick Stop and Jim Page, | ) ) ) ) |
| Plaintiff(s) | ) ) ) |
| vs. | ) ) |
| Russell D. Oliver, Carl Hefner and Stoddard County, Missouri, | ) ) ) ) |
| Defendant(s) | ) ) |

Case No. 4:11cv01468TIA

## **ORDER**

The above styled and numbered case was filed on August 23, 2011 and randomly assigned to the Honorable Terry I. Adelman, United States Magistrate Judge.

After a review of the case, the Clerk's Office found that the case was opened incorrectly. The case should have been assigned to our Southeastern Division. Accordingly, the case has been transferred to our Southeastern Division and given Case No. 1:11cv00153 and randomly assigned to the Honorable Stephen N. Limbaugh, Jr., United States District Judge.

Dated this 23rd day of August, 2011.

JAMES G. WOODWARD
CLERK OF COURT

By: /s/ Karen Moore
Deputy Clerk

**Please note the new case number: 1:11cv00153 SNLJ.**